FILED '10 JAN 14 12:20 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK DICKENS,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK NA, a national bank; THE BANK OF NEW YORK MELLON, a New York state bank; NORTHWEST TRUSTEE SERVICES, INC., a foreign corporation,<br>        Defendants. | Civil No. 08-6403-TC<br><br>FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

    After providing numerous extensions, this court issued an order to show cause why defendants' unopposed motion (#40) for summary judgment should not be allowed after plaintiff failed to respond to such motion. Plaintiff was ordered to respond within twenty days and cautioned that a failure to respond would result in the dismissal of this action for failure to prosecute and failure to comply with a court order. Plaintiff has not responded. As such, this action should be dismissed for failure to prosecute, failure to comply with

a court order, and for the reasons stated in the defendant's motion. The five factors for dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this __14th__ day of January, 2010.

_____
THOMAS M. COFFIN
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION