IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MARK DICKENS,

                    Plaintiff,

v.

WELLS FARGO BANK NA, a national bank;
THE BANK OF NEW YORK MELLON, a New
York state bank; NORTHWEST TRUSTEE
SERVICES, INC., a foreign corporation,

                    Defendants.

Civil No. 08-6403-TC

O R D E R

       Magistrate Judge Coffin filed his Findings and Recommendation on January 14, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

       THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

       Dated this 4 day of February, 2010.

                                               Ann Aiken, United States District Judge

Order -- Page 1